ALPHA TECHNOLOGY U.S.A. COR-PORATION, dba Futurecow, Plaintiff–Appellee,

v.

MLSNA DAIRY SUPPLY, INC., dba Mtech Dairy SolutionS, Phil MLSNA, Defendants–Appellants.

No. 2015–1324.

United States Court of Appeals, Federal Circuit.

Nov. 12, 2015.

Amber N. Davis, Beusse, Wolter, Sanks, Mora & Maire, P.A., Orlando, FL, argued for plaintiff-appellee. Also represented by Kevin W. Wimberly, Robert L. Wolter.

Michael T. Hopkins, IP–LitigationUS, LLC, Milwaukee, WI, argued for defendants-appellants.

DYK, MOORE, and STOLL, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

In re Stanley G. SCHWARZ, Christopher M. Macheca, Michael Glancy, Appellants.

No. 2015–1327.

United States Court of Appeals, Federal Circuit.

Nov. 12, 2015.

Charles John Rogers, Conley Rose, P.C., Houston, TX, argued for appellants. Also represented by Stewart N. Mesher, Austin, TX.

Coke Stewart, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by Thomas W. Krause, Farheena Yasmeen Rasheed.

PROST, Chief Judge, WALLACH and STOLL, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**